Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

DECEMBER 2, 2015

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRISTAN SIMPSON BRENNAND and <br> BODEN GREGORY BRIDGE, <br><br> Defendants. | CR15- 384 RSL <br><br> INDICTMENT |

The Grand Jury charges that:

### COUNT 1
**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, but within the last five years, and ending on or about March 18, 2015, in Kent, within the Western District of Washington, and elsewhere, TRISTAN SIMPSON BRENNAND, BODEN GREGORY BRIDGE, and others known and unknown, did knowingly and intentionally conspire to distribute substances controlled under Title 21, United States Code, Section 812, Schedules I and IV, including 3,4- Methylendioxymethamphetamine (MDMA), alprazolam (Xanax), marijuana in the form of hashish oil, and psilocybin mushrooms, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 2
### (Distribution of MDMA)

On or about September 15, 2014, at Kent, within the Western District of Washington, BODEN GREGORY BRIDGE knowingly and intentionally did distribute 3,4- Methylendioxymethamphetamine (MDMA), a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### (Distribution of MDMA)

On or about October 21, 2014, at Kent, within the Western District of Washington, BODEN GREGORY BRIDGE knowingly and intentionally did distribute 3,4- Methylendioxymethamphetamine (MDMA), a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4
### (Possession of MDMA with Intent to Distribute)

On or about March 18, 2015, at Kent, within the Western District of Washington, TRISTAN SIMPSON BRENNAND knowingly and intentionally did possess, with intent to distribute, 3,4- Methylendioxymethamphetamine (MDMA), a substance controlled under Schedule I, Title 21, United States Code, Section 812.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5
**(Possession of MDMA with Intent to Distribute)**

On or about March 18, 2015, at Renton, within the Western District of Washington, BODEN GREGORY BRIDGE knowingly and intentionally did possess, with intent to distribute, 3,4- Methylendioxymethamphetamine (MDMA), a substance controlled under Schedule I, Title 21, United States Code, Section 812.

It is further alleged that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6
**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**

On or about March 18, 2015, at Renton, within the Western District of Washington, the defendant, BODEN GREGORY BRIDGE did knowingly and intentionally possess a firearm, to wit, a Llama .45 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, conspiracy to distribute controlled substances, as charged in Count 1, and possession of MDMA with the intent to distribute, as charged in Count 5.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

//
//

## ASSET FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1 through 5 of the Indictment, the defendants, TRISTAN SIMPSON BRENNAND and BODEN GREGORY BRIDGE shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and also shall forfeit any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to the following property:

    a. a Llama .45 caliber pistol;

If any of the above described forfeitable property, as a result of any act or omission of the Defendants,

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the Court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the Defendants up to the value of the above described forfeitable property.

A TRUE BILL:

DATED: 2 Dec, 2015

(Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States)

FOREPERSON

_____
ANNETTE L. HAYES
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
THOMAS M. WOODS
Assistant United States Attorney