FILED ENTERED
 LODGED RECEIVED

DEC -2 2015

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                     DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR15-384 RSL |
| Plaintiff, | ORDER ISSUING BENCH WARRANT |
| v. | |
| BODEN GREGORY BRIDGE, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release shall be fixed at time of initial appearance in this case.

DATED this 2nd day of December, 2015.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

SECRET: YES __XX__   NO _____

ORDER ISSUING BENCH WARRANT – 1