Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TRISTAN SIMPSON BRENNAND and BODEN GREGORY BRIDGE,<br><br>Defendants. | NO. CR15-384RSL<br><br>ORDER CONTINUING TRIAL DATE |

THE COURT has considered the stipulated motion requesting a continuance of the trial date.

THE COURT incorporates by reference the facts set forth in the motion and finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial.

| | |
|---|---|
| 1 | Accordingly, THE COURT ORDERS that the trial is continued to June 20, 2016, and that the pretrial motions deadline is set for May 13, 2016. The period of time from the date of this Order until the new trial date of June 20, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). |

DATED this 21st day of January, 2016.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

*/s/ Robert Flennaugh*
ROBERT FLENNAUGH
Counsel for Tristan Brennand

*/s/ John Kannin*
JOHN KANNIN
Counsel for Boden Bridge

Order Continuing Trial Date - 2
U.S. v. Brennand, et al./CR15-384RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970