
The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BODEN GREGORY BRIDGE, <br><br> Defendant. | No. CR15-384-RSL <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Llama .45 Caliber Pistol, serial number 02255-95.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement he entered on April 5, 2016, Defendant Boden Gregory Bridge ("the Defendant") forfeited his interest in the firearm pursuant to 21 U.S.C. § 853 (Dkt. No. 42);

Final Order of Forfeiture - 1
*U.S. v. Boden Gregory Bridge,* CR15-384-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

- On January 5, 2017, the Court entered a Preliminary Order of Forfeiture finding the firearm forfeitable pursuant to 18 U.S.C. § 853 and forfeiting the Defendant's interest in it (Dkt. No. 67);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 77); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified firearm exists in any party Other than the United States;

2. The above-identified firearm is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security ("DHS"), and/or its representatives, are authorized to dispose of the firearm as permitted by governing law.

IT IS SO ORDERED.

DATED this 21st day of March, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

///

Final Order of Forfeiture - 2
*U.S. v. Boden Gregory Bridge,* CR15-384-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2  Presented by:
3
4   */s Michelle Jensen*
   MICHELLE JENSEN, WSBA #36611
5  Assistant United States Attorney
6  United States Attorney's Office
   700 Stewart Street, Suite 5220
7  Seattle, WA  98101-1271
8  (206) 553-2242
   Michelle.Jensen@usdoj.gov
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Final Order of Forfeiture - 3
*U.S. v. Boden Gregory Bridge,* CR15-384-RSL